

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:    Benny Vance and Pierre Metzener **V.** Mark C. Popkowski, Jody M. Popkowski, Tammy Evans, Stephen Popkowski and Modern System Concepts, Inc.

Appellate case number:    01-15-00897-CV

Trial court case number:    2014-70417

Trial court:    334th District Court of Harris County

Date motion filed:    June 26, 2017

Party filing motion:    Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
☐ Acting individually   ☒ Acting for the Court

Panel consists of: Justice Massengale and Justice Brown

Date: November 2, 2017